UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

**CIVIL ACTION NO. 05-64-DLB**

**MARK VICKERS**                                                                                                          **PLAINTIFF**

**vs.**                                              **MEMORANDUM ORDER**

**EDWARD D. JONES & CO., L.P.**                                                                    **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \*

On July 6, 2005, Plaintiff's counsel transmitted a letter by facsimile to the Clerk of Court seeking a refund of filing fees in the sum of $315.00 pursuant to 38 U.S.C. § 4323(H).[1] Counsel's letter request is appropriately construed as a motion, since the Clerk of Court does not have administrative authority to issue refunds of filing fees paid. Defendant, by letter dated July 12, 2005 (Doc. #22), opposes any refund of these filing fees by the Clerk of Court, noting that the Agreed Order of Dismissal calls for each party to pay his or its own court costs.

In this instance, a refund by the Clerk of Court is inappropriate. Although the cited provision of the Uniformed Services Employment & Re-employment Rights Act (USERRA) does indeed provide for the filing of claims under that Act without payment of fees or costs, Plaintiff's complaint also includes a common law claim for defamation. The imposition of fees is appropriate if a plaintiff chooses to simultaneously pursue a cause of action outside

---

[1] Plaintiff's counsel served a copy of his correspondence on defense counsel.

the USERRA, even if those claims are dismissed before trial. *See, e.g.*, *Chance v. Dallas County Hospital District*, 176 F.3d 294 (5th Cir. 1999).

Accordingly, **IT IS ORDERED** that:

(1)     Plaintiff's counsel's correspondence is hereby construed as a motion to refund court fees and costs and shall be so docketed by the Clerk;

(2)     Plaintiff's construed motion to refund court fees and costs is hereby **denied**.

This 14th day of July, 2005.

Signed By:
*David L. Bunning*
United States District Judge

G:\DATA\ORDERS\Cov05\64-FilingFeeRequest.wpd